JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY CEDILLO,<br><br>        Petitioner,<br><br>    v.<br><br>RON BARNES, Warden,<br><br>        Respondent. | Case No. ED CV 10-0139 CJC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 10, 2011

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1